

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| **JOHN T. STROH** § | Case No. 24-41493 | |
| xxx-xx-1956 § | | |
| 4849 Glen Heather Drive, Frisco, TX 75034 § | | |
| § | | |
| Debtor § | Chapter 7 | |
| ANNA MARIE STROH § | | |
| § | | |
| Plaintiff § | | |
| § | | |
| v. § | Adversary No. 24-4072 | |
| § | | |
| JOHN T. STROH § | | |
| § | | |
| Defendant § | | |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS ADVERSARY

On this date, the Court conducted a hearing on the "Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6)" (the "Motion") filed by the Defendant, John T. Stroh (the "Defendant" or "Debtor") on October 24, 2024. Counsel for Plaintiff and Defendant both appeared, and Defendant timely objected to the Motion. After considering the pleadings, presentation of counsel, and evidence admitted, and for the reasons set forth on the record at such hearing, the Court finds it appropriate to dismiss Count 4 of the Complaint in this matter for partition pursuant to Fed. R. Civ. 12(b)(1), and to dismiss Count 5 of the Complaint in this matter for recovery of attorney's fees pursuant to Fed. R. Civ. 12(b)(6).[1]

---

[1] As incorporated by Fed. R. Bankr. P. 7012.

Accordingly, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the "Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6)" filed by Defendant, John T. Stroh on October 24, 2024, is **GRANTED** and that Count 4 of the Complaint in this matter for partition is hereby **DISMISSED** without prejudice pursuant to Fed. R. Civ. 12(b)(1), and further than Count 5 of the Complaint in this matter for recovery of attorney's fees is hereby **DISMISSED** without prejudice pursuant to Fed. R. Civ. 12(b)(6).

Signed on 1/15/2025

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE