

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| **JOHN T. STROH** § | Case No. 24-41493 | |
| xxx-xx-1956 § | | |
| 4849 Glen Heather Drive, Frisco, TX 75034 § | | |
| § | | |
| Debtor § | Chapter 7 | |
| ANNA MARIE STROH § | | |
| § | | |
| Plaintiff § | | |
| § | | |
| v. § | Adversary No. 24-4072 | |
| § | | |
| JOHN T. STROH § | | |
| § | | |
| Defendant § | | |

## SUA SPONTE ORDER ABATING ADVERSARY PROCEEDING
## AND REQUIRING SUBMISSION OF STATUS REPORT

On January 15, 2025, the Court conducted a hearing on the "Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6)" (the "Dismissal Motion") filed by Defendant, John T. Stroh October 24, 2024 (the "Defendant" or "Debtor"), seeking dismissal of Counts 4 and 5 of Plaintiff's Complaint pertaining to partition and attorney's fees. After the hearing, the Court announced an oral ruling and granted the Dismissal Motion. During the hearing, the Court learned a separate parallel proceeding in state court is pending between the parties. The state court proceeding is Cause No. 21-5527-442, styled *In the Matter of the Marriage of Anna Marie Stroh and John Stroh and in the*

*Interest of K.M.S., a Child* (the "State Court Proceeding"), and is pending in the 442nd Judicial District Court of Denton County, Texas (the "State Court").

The Court finds that abatement of this proceeding is appropriate until such time as all claims at issue in the State Court Proceeding are heard and concluded. However, *only* this Court has jurisdiction to make legal or factual determinations regarding § 523 dischargeability claims or § 727 discharge claims.[1] Such claims and related factual findings in this proceeding must be decided in this Court. Thus, nothing in this order nor in the Court's statements at the hearing should be construed by either party to delegate in any way the making of legal or factual determinations regarding any § 523 dischargeability or § 727 discharge claims to the State Court, nor any other claims properly before this Court.

Upon due consideration of the pleadings and evidence, and for the reasoning set forth on the record at the hearing, the Court finds *sua sponte* that this adversary proceeding should be abated until such time as a settlement is reached or a final judgment issued in the State Court Proceeding, Cause No. 21-5527-442, styled *In the Matter of the*

---

[1] "While the doctrine of issue preclusion applies in bankruptcy dischargeability litigation, a bankruptcy court retains exclusive jurisdiction to determine whether a debt is dischargeable." *Simmons v. Bohanna (In re Bohanna)*, No.18-4065, 2019 WL 7580173, at *10 (citing *Grogan v. Garner*, 498 U.S. 279, 284 n. 11 (1991)); *see also Coffman v. Deuel (In re Deuel)*, No. 20-4014, 2022 Bankr. LEXIS 1754, at *21-24 (Bankr. E.D. Tex. 2022).

*Marriage of Anna Marie Stroh and John Stroh and in the Interest of K.M.S., a Child*, and pending in the 442nd Judicial District Court of Denton County, Texas. Accordingly, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the above-referenced adversary proceeding is hereby **ABATED**, pending further order of the Court, to permit all claims at issue in the State Court Proceeding to be heard and concluded by the State Court.

**IT IS FURTHER ORDERED** that the Plaintiff shall, **on or before Friday, August 1, 2025**, either file a motion to dismiss this adversary proceeding, submit an agreed judgment, or file a status report in this adversary proceeding describing any recent developments and setting forth the reasons as to why this Court should continue to abate this adversary. Any motion to dissolve this abatement prior to that time should be filed with fourteen (14) day negative notice language pursuant to LBR 7007.

**IT IS FURTHER ORDERED** that the determination as to discharge or of the dischargeability of any debt is exclusively reserved to this Court, as is the determination of any other claims properly before this Court; with such determination to be subsequently made by this Court.

Signed on 1/15/2025

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE